In the United States District Court
Western District Of Arkansas
~~Fayetteville~~ Fayetteville Division

JUSTIN MATHIS . MCABEE 241722
*(In the space above enter your full name and Prison ID Number, if any. Do not include your Social Security Number).*

-against-

LIEUTENANT BRIAN ATCHLEY
DETECTIVE TOM MULVANEY

*(In the space above enter the full name of each Defendant)*

Case No. 5:24-cv-5173-CDC
(To be filled out by Clerk's Office only)

# COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

### NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

## I. PLAINTIFF INFORMATION

JUSTIN MATHIS MCABEE
Name (First, Middle, Last)                     Aliases

241722
Prisoner ID #, if any

WASHINGTON COUNTY DETENTION CENTER
Place of Detention or Incarceration

Page 1 of 11

_____1155 CLYDESDALE DRIVE_____
Address (*If detained, facility address*)

__WASHINGTON__, __FAYETTEVILLE__ __ARKANSAS__ ____72701____
County, City                State                    Zip Code

## II. PRISONER STATUS

*Check all boxes that apply to you:*

☐ Pretrial detainee (in custody pending new charges)

☒ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☐ Other. Explain.

_____
_____
___

## III. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:     _____ATCHLEY, BRIAN_____
                 Name (Last, First)

                 _____LIEUTENANT_____
                 Current Job Title

                 _____1155 CLYDESDALE DRIVE_____
                 Current Work Address

                 __WASHINGTON, FAYETTEVILLE__ __ARKANSAS__ __72701__
                 County, City              State           Zip Code

Defendant 2:     _____MULVANEY, TOM_____
                 Name (Last, First)

Current Job Title: DETECTIVE

Current Work Address: 1155 CLYDESDALE DRIVE

County, City: WASHINGTON, FAYETTEVILLE,  State: ARKANSAS  Zip Code: 72701

Defendant 3:

Name (Last, First):

Current Job Title:

Current Work Address:

County, City:          State:          Zip Code:

Defendant 4:

Name (Last, First):

Current Job Title:

Current Work Address:

County, City:          State:          Zip Code:

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: WASHINGTON COUNTY DETENTION CENTER

Date(s) of occurrence: 7-1-24, 7-2-24, 7-3-24 to present date

Name of Each Defendant Involved:

LIEUTENANT BRIAN ATCHLEY
DETECTIVE TOM MULVANEY

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

5TH, 8TH, and 14TH Ammendment rights and U.S.C. 18 § 242 have been violated for denial of due process and deprivation of civil rights under color of law.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS [What happened to you?]: The defendants were ordered by the court to transport the plaintiff to the Arkansas Division of Correction on 3-29-2024. The defendants have continued to deny the plaintiff of due process and deprive the plaintiff of civil rights under color of law through the unconstitutional

**Who did what?**

**How were you injured?**

electronic grievance system at the Washington County Detention Center. The grievance submitted on 7-1-2024 at 1:14:29 pm and denied by Lieutenant Brian Atchley on 7-2-2024 at 12:02:51 AM was in regard to denial of recreation, rehabilitation, and mental health services. The grievance submitted on 7-2-2024 at 1:21:51 PM and denied by Detective Tom Mulvaney on 7-2-2024 at 3:05:58 PM and appealed on 7-2-2024 at 5:44:13 PM and denied by Lieutenant Brian Atchley on 7-3-2024 at 12:22:37 AM states that the Sheriff has been ordered by the court to transport the plaintiff to the Arkansas Division of Correction.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

The electronic grievance system at the Washington County Detention Center through which the defendants have deprived the plaintiff of civil rights under color of law is the custom, policy, and practice which caused the violation of the civil rights to due process of law and the unusual punishment of nearly one year in county jail.

**Claim Number 2:**

Place(s) of occurrence: Washington County Detention Center

Date(s) of occurrence: 7-23-2024, 7-30-2024

Name of Each Defendant Involved:

DETECTIVE TOM MULVANEY

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

The 5TH and 14TH Ammendment rights to due process of law have been denied and U.S.C. 18 §242 has been violated for deprivation of civil rights under color of law.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: Grievance was submitted on 7-22-2024 stating that "The certificate of inmate trust account paper has not been completed and returned yet." The certificate of inmate trust account was given to Cpl. Drumwright on 7-12-2024 to be completed and returned. On 7-23-2024, Detective Mulvaney stated: "It seems that form has been misplaced/lost". On 7-30-2024 Detective Tom Mulvaney stated that "Sergeant Beavers had the certificate" and "you will have to write the courts for another paper." This is deprivation of the civil rights to due process of law through the unusual electronic grievance and video court system at the Washington County Detention Center. Detective Tom Mulvaney has continued to deprive the plaintiff of civil rights under color of law. U.S.C. 18§242.

What happened to you?

Who did what?

How were you injured?

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

The unusual and unconstitutional electronic grievance system at the Washington County Detention Center is the modus operandi used by the defendants to deny the plaintiff of the 5TH and 14TH Ammendment Constitutional rights to due process of law. Thereby depriving the plaintiff of civil rights under color of law. U.S.C. 18 § 242.

**Claim Number 3:**

Place(s) of occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| What happened to you? | _____ |

| Who did what? | _____ |

| How were you injured? | _____ |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☐ Both Official and Individual capacity

***If you are asserting an official capacity claim,*** *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____
_____
_____
_____
_____

## V.     RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☑ Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

The plaintiff wants the court to conduct a trial by jury on grounds of the Seventh Ammendment to the Constitution of the United States of America, make a declaratory judgement explaining the civil rights of the plaintiff and the duties of the defendants, make an injunction ordering the defendants to cease the deprivation of civil rights under color of law through the unusual electronic grievance system as per 18 U.S.C. § 242, and order that the plaintiff be compensated in U.S. currency PER DIEM in custody of the defendants, after the defendants have been ordered by the court to transfer the plaintiff to the Arkansas Division of Correction.

_____

_____

## VI.   PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?   ☐ Yes   ☑ No

   If yes, how many? _____

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?   ☐ Yes   ☑ No

   If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____
_____
_____
_____
_____
_____
_____

## VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

13 JUL 2024
Dated

Justin McAbEE
Plaintiff's Signature

JUSTIN M. MCABEE
Printed Name (First, MI, Last)

241722
Prison Identification #, if any.

1155 CLYDESDALE DRIVE  FAYETTEVILLE  ARKANSAS  72701
Prison Address                       City                State       Zip Code

PREPARED BY:
OCONNOR, F.B.I. 735107KC (REDACTED);
PRO PER: MCABEE, WCSO 241722

JUSTIN MCABEE 241722
1155 CLYDESDALE DRIVE
FAYETTEVILLE, AR 72701



JAMIE GRANT, DEPUTY CLERK OF THE COURT
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS,
FAYETTEVILLE DIVISION
35 EAST MOUNTAIN STREET, ROOM 510
FAYETTEVILLE, AR 72701

PRIVILEGED CORRESPONDENCE