IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUSTIN MATHIS MCABEE                                                                                          PLAINTIFF

v.              Civil No. 5:24-cv-05173-CDC-TLB

LIEUTENANT BRIAN ATCHLEY,
Washington County Detention Center (WCDC);
and DETECTIVE/CORPORAL TOM
MULVANEY, WCDC                                                                                                DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Justin M. McAbee ("McAbee"), filed this civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

The case was directly assigned to the undersigned Magistrate Judge. However, because not all parties to the action have consented to the jurisdiction of the undersigned, and this document will be dispositive of McAbee's claims, this document will be filed as a Report and Recommendation and the case will automatically be reassigned to United States District Judge Timothy L. Brooks. 28 U.S.C. § 636(c); Rule 73 of the Federal Rules of Civil Procedure, and General Order 2024-02.

The case is before the Court on the Plaintiff's failure to obey an Order of the Court.

### I.  DISCUSSION

When he filed this case, McAbee was specifically advised that he was required to immediately inform the Court of any change of address. (ECF No. 3). If McAbee was transferred or released, he was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas

requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

McAbee was incarcerated in the Washington County Detention Center ("WCDC") when he filed this case. (ECF No. 1). On August 22, 2024, the Court directed service on the Defendants. (ECF No. 8). On October 7, 2024, Defendants filed their answer. (ECF No. 11). The following day, a Bench Order was entered advising Defendants that if they wished to pursue a defense of failure to exhaust administrative grievances they must do so by December 9, 2024. (ECF No. 12).

On October 16, 2024, mail was returned to the Court as undeliverable with a notation that McAbee was no longer in the WCDC. (ECF No. 14). McAbee had thirty days or until November 15, 2024, to submit a new address. Mail was also returned as undeliverable on October 22, 2024, and November 6, 2024. (ECF Nos. 16 & 19). On October 29, 2024, the Bench Order was stayed until McAbee provided his new address. (ECF No. 18).

To date, McAbee has not provided a new address or contacted the Court in anyway. In fact, the last thing filed by the McAbee in this case was his Motion to Proceed IFP filed on August 21, 2024, when he was still incarcerated in the WCDC. (ECF No. 5).

## II.  CONCLUSION

For this reason, it is recommended that **this case be DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have fourteen days from receipt of the Report and Recommendation in**

which to file written objections pursuant to 28 U.S.C. § 636(b)(1).   The failure to file timely objections may result in waiver of the right to appeal questions of fact.

**Status of Referral:**  The referral terminated upon the filing of this Report and Recommendation.

**RECOMMENDED** this 25th day of November 2024.

*s/* *Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

3