IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JUSTIN MATHIS MCABEE**                                                                                      **PLAINTIFF**

**V.**                              **CASE NO. 5:24-CV-5173**

**LIEUTENANT BRIAN ATCHLEY,**
Washington County Detention Center (WCDC);
and **DETECTIVE/CORPORAL TOM MULVANEY, WCDC**                     **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 20) filed in this case on November 25, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline, January 13, 2025.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 14th day of January, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE